IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUPITER COMMUNITIES, LLC, <br>     Plaintiff and Counter-Defendant <br><br> v. <br><br> WILLIAM S. FRIEDMAN; and <br> ROBERT P. ROTHENBERG, <br>     Defendants <br><br> and <br><br> U.S. RESIDENTIAL GROUP, INC., <br>     Defendant/Counter-Plaintiff,[1] <br><br> and <br><br> TARRAGON CORPORATION; and <br> SUMMIT/TARRAGON <br> MURFREESBORO, LLC, <br>     Defendants/Counter-Plaintiffs/ <br>     Third-Party Plaintiffs <br><br> v. <br><br> TABERNA CAPITAL MANAGEMENT, <br> LLC; and RAIT FINANCIAL TRUST, <br>     Third-Party Defendants. | No. 3-11-0506 |

O R D E R

In accord with the order entered July 27, 2012 (Docket Entry No. 90), the parties filed a joint status report on July 27, 2012 (Docket Entry No. 89).

As the parties suggested in the July 27, 2012, status report, they shall have until August 3, 2012, to file a joint status report indicating whether or not they have resolved all ESI issues and, if not, what ESI issues remain disputed.

---

[1] By stipulation filed on May 16, 2012 (Docket Entry No. 80), and order entered June 1, 2012 (Docket Entry No. 82), the plaintiff's claims against defendant U.S. Residential Group, Inc. ("USRG") were dismissed and defendant USRG was terminated as a defendant in this case. By stipulation filed June 3, 2012 (Docket Entry No. 83), and order entered June 11, 2012 (Docket Entry No. 84), the counter-claims against USRG were dismissed and USRG was terminated as a counter-plaintiff.

In addition, the parties shall, by August 13, 2012, file a joint report indicating whether or not any disputes remain relating to the defendants' outstanding written discovery and, if disputes remain, to describe such disputes with specificity.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge